MARGARET MINCH, Respondent, *v.* MAIL AND EXPRESS COMPANY, Appellant.

*Minch* v. *Mail & Express Co.*, 120 App. Div. 875, affirmed.
(Submitted October 2, 1907; decided November 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1907, which affirmed an order of Special Term overruling a demurrer to the complaint in an action for libel.

*Charles R. Rose* and *Charles L. Burr* for appellant.

*John G. Pheil* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Dissenting: CULLEN, Ch. J.